IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS

| | | |
|---|---|---|
| JOSE VAZQUEZ, on behalf of himself and all other plaintiffs similarly situated, | ) ) ) ) | |
| Plaintiffs, | ) ) | |
| v. | ) ) | Case No.: 16 C 8636 |
| RIVMAR CORPORATION and JESUS MARTINEZ, | ) ) ) | Judge Amy St. Eve |
| Defendants. | ) ) | |

## JUDGMENT ORDER

This matter coming before the Court on Plaintiff's Motion for Default Judgment, the Court being fully advised and finding that the Defendants were properly served, it is hereby Ordered as follows:

1. Judgment is entered in favor of the Plaintiff Jose Vazquez and against the Defendants Rivmar Corporation and Jesus Martinez jointly and severally in the amount of $41,052.48 (which represents $35,765.13 under Counts I and II of the Complaint and $5,287.35 allocated for attorneys' fees and costs).

2. All matters having been adjudicated, this matter is hereby closed.

Entered: December 21, 2016

_____
Honorable Amy J. St. Eve